# EXHIBIT 1

**BLUE ISLAND FIRE DEPARTMENT**



2450 West Vermont Street • Blue Island, Illinois 60406 • 708/396-7070 • Fax 708/388-5778

**Terry Vrshek**
Fire Chief

**Mark Luety**
Deputy Chief

MAY 24, 2012

Mr. John Dunleavy
President of Affordable Recovery Housing
13811 South Western Avenue
Blue Island, Illinois 60406

Mr. Dunleavy,

This letter is to serve notice of conditions found during the inspection on May 23, 2012. The following were represented at the inspection: Fire Chief Vrshek, Fire Consultant Copp, Deputy Police Chief Cornell, Building Commissioner Adams, Health Inspector Mailhiot, Mr. John Dunleavy, Mr. Gene Briscoe and Mr. Craig Cloud. I am enclosing the housekeeping form with the letter.

The primary concern is the sprinkler system. The mixed property has various requirements, depending on the classification. The sleeping areas fall under "Residential Board and Care" and require the building to be protected with an approved sprinkler system. I spoke with Chief Copp and he confirmed the requirement for the sprinklers. He said that the residential area could be sprinklered with CPVC piping but the classroom area had to be steel pipe.

Each sleeping room is to have a smoke detector and smoking is not allowed in the building.

The stairway doors are fire rated to protect the stairway and second floor occupants and are to have the appropriate panic hardware installed.

The other inspectors will submit their own reports to you.

I reviewed your plan and it appears that you are not following the time frame of the plan. The building is not approved for resident sleeping quarters, the sprinklers should have been installed prior to the residential quarters conversion. You did not get the required permits to make the improvements.

The State of Illinois Human Services Bureau has no record of issuing a license for this facility in Blue Island. You have not complied with their requirements.

You are also operating with out a city license.

As the Fire Chief, I am responsible for the safety of the people in the community and your residents are my responsibility. You cannot operate "recovery housing" without a license nor can you provide sleeping quarters for seventy residents without an approved sprinkler system. You are hereby ordered to cease operating the "recovery housing" at 13811 South Western Avenue until the facility meets the current codes and provide the proper licenses.

You may appeal this order to the Mayor or to the City Council, I cannot allow this condition to continue. The effective date of the closing of this business is one week, June 1, 2012.

Respectfully submitted,

Terry Vrshek

Terry Vrshek

Cc; Mayor Peloquin, D.C.Cornel, Chief Copp, R. Adams, T. Mailhiot