# EXHIBIT 2

**A**ffordable

**R**ecovery

**H**ousing

13811 South Western
Blue Island, IL 60406
Office: 708-389-5447
Central Intake: 708-299-0758
Fax No. 708-389-5439

May 28, 2012

CITY OF BLUE ISLAND
CITY COUNCIL MEMBERS
13051 S. Greenwood Avenue
Blue Island, IL 60406

**VIA: CERTIFIED MAIL**

City Council Members,

This letter is written in response to Blue Island Fire Chief, Terry Vrshek's letter dated May 24, 2012, a copy of which I have enclosed.

As stated in the last paragraph of the letter, "*You may appeal this order to the Mayor or to the City Council.*" I am writing to appeal the decision to close our recovery home effective June 1, 2012.

Your Honor, I can assure you that we have been working diligently on obtaining our license and developing a plan for installation of the sprinkler system. The paperwork for our license is completed and pending submission. We are enclosing a copy of our proposed plan for the installation of the sprinkler system, which is included in our "**New Revised Phase Plan.**"

Affordable Recovery Housing currently provides housing and recovery services to seventy-three adult men. These men depend on the safe, sober living environment we provide them. If the Fire Chief closes our recovery home on June 1, 2012, we will be forced to put all seventy-three men out on the streets of Blue Island. Alternative housing takes time and with the magnitude of our clients it is impossible to find housing for all involved at such short notice. I know that you will agree that putting these clients on the streets of Blue Island is not an option. If you grant our appeal, you will be saving the lives of seventy-three men and will also be protecting the Citizen's of Blue Island from an infiltration of homeless men on the streets.

Affordable Recovery Housing works hard to provide housing and recovery services to men who want to recover from drug and alcohol addiction. Our staff consists of (2) Nationally Certified Recovery Specialist (NCRS) who provide the Recovery Support Services and our Social Model Recovery facility is a "learn by doing" aspect. We are part of the solution to the drug epidemic in the South Suburbs.

On May 22, 2012 the City Council of Blue Island adopted a Resolution created and adopted by the Cook County Board of Commissions on April 17, 2012. This resolution is in regards to the current heroin epidemic that has overcome the South Suburbs and surrounding communities.

**A**ffordable

**R**ecovery

**H**ousing

13811 South Western
Blue Island, IL 60406
Office: 708-389-5447
Central Intake: 708-299-0758
Fax No. 708-389-5439

---

Affordable has participated in the forums to assist with solutions to this problem and have been recognized by the Cook County Board of Commissions for our outstanding program at the meeting on April 17th.

We are requesting an appeal be granted to Mr. Vrshek's decision to close our facility on June 1st, 2012. We can assure you, that if granted our appeal, we will take immediate action to begin the **"New Revised Phase Plan"**. We will also do everything in our power to expedite obtaining our license. Please provide us time to accomplish the above tasks so we are not forced to close our doors and add to the homeless population.

Your Honor, our residents are in desperate need of your help by providing Affordable the time we need to fulfill Mr. Vrshek's requirements.

Sincerely,

*Mary Jo Dunleavy*

Mary Jo Dunleavy, NCRS
Executive Director
Phone: 312-519-5902


CC: Blue Island City Council
      Gene Briscoe, MOS – Business Manager
      Mike Hansen, MOS - Attorney


Enclosed: Letter from Fire Chief Terry Vrshek
             New "Revised" Phase Plan