# EXHIBIT 4-1

## Response to Letter Dated 5-24-12
## Written by: Fire Chief Vrschek

Important Note:        John and Mary Jo Dunleavy received this letter on Friday, May 25, 2012
                       right before a 3 day Holiday Weekend.

1. Paragraph 2 -- Letter states that Mother of Sorrows falls under "Residential Board and
   Care". (See Exhibits "A" and "B"). Under the National Fire Protection Association and
   Illinois State Fire Marshall on January 1, 2002, and being a Boarding School before this
   date, we legally are an existing facility.

   - Exhibit A: Codes from the National Fire Protection Association
   - Exhibit B: Letter from a Licensed Architect (Inspection Report and Findings)

2. Paragraph 3 – Fire Alarm System
   - We have a "State of the Art" fire alarm system. This was approved by Chief
     Copp and Dave Minderman
   - We have a designated "Smoking Area" that is outside of the building. No
     Smoking is allowed in the facility.

3. Paragraph 4 – Panic Bars
   - We are in the process of ordering from Home Depot -- approximate delivery date
     is 2 weeks per Home Depot. Installation by: June 15, 2012

4. Paragraph 5 -- Original Phase Plan (See Exhibit "C")

   Addressing the Original Phase Plan – Affordable has 8 more months to complete.
   Affordable never changed the Phase Plan. That was done by Dave Minderman when he
   told us to install Fire Alarm/Smoke Detector System throughout Building B, C, D and E.
   The above was completed and approved by Chief Copp and Dave Minderman. At that
   time we were provided a "verbal" approval to move in an additional 40 men in the
   convent. Prior to this in March, 2011 there were 14 people approved to move into the
   facility. This approval took place after our first meeting with the Sister Mary Ann, Sister
   Louise, Mayor Peloquin, Dave Minderman, Gene Briscoe (MOS Business Manager),
   Mike Hansen (MOS Attorney), Mary Jo Dunleavy and John Dunleavy. Approval was
   granted due to the recent vandalism and break-ins at the facility. The Sisters were feeling
   frighten and unsecure and requested security. Since March, 2011 there hasn't been one
   incident of vandalism or break in at this property.

   The next step was to enclose the staircases before we can move any residents to the 2nd
   floor of the High School wing. We completed and requested an inspection. Chief Copp
   came to the facility to inspect. He commented on the good job we did but we still needed
   the panic bars installed. Chief Copp also comments that Affordable has accomplished
   more in the 9 months of being in the facility than the previous organization (Pace School)
   did in the 12 years and they received Government Funding. Chief Copp stated we will be
   in compliance once the Ansel System in installed.

I, John Dunleavy asked Chief Copp if we can move clients to the 2nd Floor of the High
School. He responded "I will get back to you on that", he never did. At the same
meeting I asked if he could put his findings in writing in order to have something to bring
to the Planning Commissions meeting, he responded "Don't worry I am at all the City
meetings and I will vouch for you". We never received anything in writing in regards to
all the conversations I had with Dave Minderman and Chief Copp.

Our first meeting was on May 9, 2012 with the Planning Commission. Chief Copp was
not in attendance to "vouch" for us. The only City officials were Mayor Peloquin, Blue
Island Treasurer and the Alderman.

In the beginning Dave Minderman assigned Mario (Building Inspector) to take us step by
step in this process. I feel we would not be facing this emergency if this happen. Now
we are faced with finding placement for 73 men on the verge of being homeless along
with my wife, our son and me. *__Note: We still have 8 months on the original Phase
Plan that was approved.__*

I have always respected Chief Copp and had to learn to respect Dave Minderman. Mario,
the little time we worked with him I found him to be helpful. Liz is great and has
provided us with information and help. Jason from Planning is the best, very
knowledgeable and helpful.

I believe Mayor Peloquin has a good heart and he wants what is best for the Sisters and
the Community. I believe he has been misinformed by others and not taking the time to
come out and see for himself. We have stated from the beginning, our doors are always
open. We've had several Open Houses for the community and neighbors surrounding
Mother of Sorrows. To date we have received over 3000 signatures from the community
and surrounding community supporting our Mission and Vision. (Copies can be
provided at your request)

5.  Paragraph 6 – Licensing

    At this time we do not have our License with the State of Illinois, Department of Alcohol
    and Substance Abuse. Our application is pending and awaiting approval. This is one of
    the reasons why we are requesting a "Special Use" permit.

    As far as the City License – Every time we applied we were shut down.

    Regarding the questions of us operating a Recovery Housing without a License is not
    true. Our lease with the Sisters is under Affordable Recovery Foundation, a 501(c)3
    holder. We are operating a "Transitional" housing program under the Foundation until
    we can obtain our License. Under State Law you do not need a License, you need a
    "Special Use" permit to operate a "Transitional" House. We are currently going through
    this process with the Planning Commissions. (See Exhibit "D")

As far as the Sprinkler System (see Exhibit A). This shows the National Fire Protection Association states that existing properties 3 stories and under do not need a Sprinkler System under the "Residential Board and Care". As noted in the letter, it states that Mother of Sorrows falls under the "Residential Board and Care".

**STATED CONCERNS:**

1. Mayor Peloquin's concern was our accepting Ex-Offenders. At no time was this facility "full of" Ex-Offenders. There have not been more than 7 or less, Ex-Offenders at one time at Mother of Sorrows. As mentioned in the Business Plan Pg. 3 presented at the 1st Meeting to all parties about the Population states "***Population groups in recovery targeted to receive AGS services are: men, veterans, ex-offenders (non-violent), and longer term, following acquisition and relocation to the new property, single women with children.***" We are willing to change our acceptance of Ex-Offenders at Mother of Sorrows if requested by the City Council and the Mayor. NOTE: We are not the only program in the area that accepts ex-offenders. We have the same contract with Sheridan Prison as a well-known Half-way House in Blue Island does.

2. Affordable is not following the original agreement regarding training and job placement.

   - Exhibit "E" – Graph showing the success rate of our Training Program.
   - Exhibit "F" – List of Zip Codes in Blue Island and Surrounding Communities demonstrating how many individuals have been employed. (numbers provided from the Staffing Agency)

   <u>Benefits to the Community</u>

   - Protection for the Sisters and Mother of Sorrows Property.
   - A "new" Customized Training School for Entry Level positions for the residents of Mother of Sorrows and the surrounding communities.
   - Blue Island has additional Tax Payers. 75% of our residents have a Blue Island address. Over 80 of Blue Island residents have been paying taxes through Affordables connections with Staffing Agencies, Contractors and National Developer.
   - Affordable residents cash their payroll checks weekly at the Blue Island Currency Exchange. They also do their shopping and eating, in Blue Island. Our residents have been saving their receipts for the past couple of months to show how much they contribute to the economy in Blue Island.
   - We are working with a National Developer (see Exhibit "G") who is committed to bringing 1000's of jobs to the local communities.
   - Affordable is helping individuals with Substance Abuse issues by providing them a Safe and Sober living environment while teaching and training them to become productive members of society. Our Social Model facility is based on the "learn by doing" concept.

Mary Jo and John Dunleavy

# EXHIBIT

# "A" and "B"

**EXHIBIT "A"**

 **National Fire Protection Association**
The authority on fire, electrical, and building safety
**NFPA**

🛒 Cart (0)

Search [        ] >

Sign-in   Join / Renew   My Profile

Catalog
News & Publications
About NFPA
Press Room

CODES & STANDARDS    SAFETY INFORMATION    TRAINING
RESEARCH    MEMBERSHIP

# BOARD AND CARE FACILITIES
**NFPA provisions for automatic sprinklers, fire alarms, and staffing**

- Small facilities
- Large facilities
- Staffing

NFPA 101, *Life Safety Code*®, defines a residential board and care facility as "a building or portion thereof that is used for lodging and boarding four or more residents not related by blood or marriage to the owners or operators for the purpose of providing personal care services." NFPA 101 classifies residential board and care facilities as either small (not more than 16 residents) or large (more than 16 residents).  Protection requirements vary based on the classification.

**Small facilities**
New small facilities must be protected by an automatic sprinkler system. Residential sprinkler systems are permitted (NFPA 13R,*Installation of Sprinkler Systems in Residential Occupancies up to and Including Four Stories in Height*, and modified NFPA 13D, *Installation of Sprinkler Systems in One- and Two-Family Dwellings and Manufactured Homes*). Sprinklers are exempted from existing buildings converted to small board and care facilities provided there are 8 or fewer residents, and the residents are capable of evacuating the building within 3 minutes.

Existing small board and care facilities must be sprinklered if the residents' evacuation capability is classified as 'impractical'. Impractical evacuation capability is defined as the inability of the occupants to evacuate in a timely manner (in general, longer than 13 minutes).

New small facilities must be provided with a manual fire alarm system, and smoke alarms must be provided on all levels, in all living areas, and in all sleeping rooms.

Existing small facilities must be provided with either a manual fire alarm system or a system of interconnected smoke alarms arranged to function like a manual fire alarm system. In addition, smoke alarms are required in all living areas unless the building is protected by an automatic sprinkler system and smoke alarms are provided in the sleeping rooms.

Information obtained from: http://www.nfpa.org

**EXHIBIT "A"**

**Large facilities**
New large facilities must be sprinklered throughout in accordance with NFPA 13, *Installation of Sprinkler Systems*. Existing large facilities must be sprinklered when located in a high-rise building. Where an existing large facility has an impractical evacuation capability, the facility must be classified as a health care occupancy.

New large facilities must be provided with a complete fire alarm system activated by manual means and by the sprinkler system and required detection systems. Smoke alarms must be provided inside and outside every sleeping room, and smoke detection systems must be provided in corridors.

Existing large facilities must be provided with a complete fire alarm system unless each sleeping room has a door directly to the outside and is not more than three stories in height. Smoke alarms must be provided in each sleeping room unless the building has a corridor smoke detection system arranged to activate the fire alarm system. Living areas also must have system smoke detectors unless the building is sprinklered.

**Staffing**
Although the Life Safety Code® does not mandate minimum staffing levels, it does require staff to be on duty and in the facility whenever occupants requiring evacuation assistance are present. For existing facilities, the number of staff on duty might affect the evacuation capability classification. (New facilities do not require such classification due to the protection requirements.) An emergency plan is required, and staff are required to review the plan not less than once every two months.

> **NFPA provisions for automatic sprinklers, fire alarms, and staffing**

Information obtained from:  http://www.nfpa.org

EXHIBIT "B"



How Do I? | Search Site | Site Map
Commercial News
## FAQ's

**Question:** Where can I obtain a copy of the Life Safety Code enforced by the Office of the State Fire Marshal?
**Answer:** The Life Safety Code is published by the National Fire Protection Association (NFPA) as one of several standards produced by the NFPA. The State of Illinois, through the Office of the State Fire Marshal, has adopted the NFPA Life Safety Code into Illinois' administrative code to serve as the applicable rules for fire prevention and safety. However, NFPA documents are copyrighted and cannot be provided by the OSFM. Copies of the Life Safety Code are available for examination at any of the regional offices of the OSFM and may be able to be found at local libraries or fire stations. Also, the Life Safety Code may be purchased from the NFPA by contacting their toll free number 1-800-344-3555. (Please understand that there are various editions of the Life Safety Code available from the NFPA. Illinois has adopted the 2000 edition of the Life Safety Code). The actual adoption of the NFPA Life Safety Code occurs within Illinois? administrative code at 41 Ill. Adm. Code 100. The Part 100 rules not only formally adopt the Life Safety Code but also give exceptions and modifications to the Life Safety Code?s adoption. The adoption language, along with exceptions and modifications made to the code can be viewed at the following link.

**Question:** Does the Life Safety Code apply to a building that was occupied prior to the state's adoption of the Code?
**Answer:** Yes. Unlike many building codes and local ordinances, the NFPA Life Safety Code is applicable to both new and existing occupancies. Examination of the Life Safety Code reveals that for most occupancy classifications, the code provides a chapter describing requirements for "new" occupancies and a sister chapter applicable to "existing" occupancies of the same classification. Although the existing occupancy chapters are often less stringent in some requirements than those applicable to new occupancies, it is not true that existing occupancies do not have to comply with the Life Safety Code.

**Question:** How do I know if my building or occupancy is classified as "new" or "existing" by the Life Safety Code?

**Answer:**

The determining factor of whether an occupancy is required to comply with the "new" or the "existing" chapters of the Life Safety Code is dependent upon the status of the occupancy on the date of adoption of the Life Safety Code into the Illinois Administrative Code. The Office of the State Fire Marshal adopted the 2000 edition of the NFPA Life Safety Code into Illinois' administrative rules with an effective date of January 1, 2002. Any buildings that were constructed after January 1, 2002 are classified as "new" occupancies. If a building changes occupancy classification after the January 1, 2002 date, it also must comply with the requirements for a "new occupancy".

Those occupancies that were in existence on the Life Safety Code's adoption date are classified as "existing" occupancies unless a change of occupancy classification occurs. Also, if buildings were designed prior to January 1, 2002 but not constructed until after that date, they are classified as "existing"

Information obtained from: www.sfm.illinois.gov/commercial/buildings

**EXHIBIT "B"**

occupancies considering that proof is available that plans were finalized prior to the 1/1/02 adoption date of the Life Safety Code.

Also, if a building was occupied prior to January 1, 2002, and then was vacated without being used by another occupancy classification in the interim, and then reoccupied for the same purposes (occupancy classification) after the January 1, 2002 adoption of the Life Safety Code, the building continues to be classified as an "existing" occupancy. However, if in the interim period the building was converted to another occupancy classification, and then desires to return to the original occupancy classification, it must comply with the "new" occupancy requirements of the Life Safety Code.

*Some examples:*

If a building was classified as a day care center prior to 1/1/02, and has not changed occupancy classification since, it is allowed to comply with the "existing day care center" chapter requirements of the 2000 Life Safety Code.

If a building was constructed after 1/1/02 and then occupied as a day care center it must comply with the "new day care center" chapter requirements of the 2000 Life Safety Code.

If a building was classified as a day care center prior to 1/1/02 and then was vacated and not used for any other occupancy classification, and then reopened in 2005 as a day care center once again, the center would be allowed to comply with the "existing day care center" chapter requirements of the 2000 Life Safety Code. 3

If a building was classified as a day care center prior to 1/1/02, and then was vacated, but for a time during 2004 was used as a "mercantile classification", and then in 2005 changed back to a day care center, the center would need to comply with the "new day care center" chapter requirements of the 2000 Life Safety Code.

Information obtained from: www.sfm.illinois.gov/commercial/buildings

# *YUNG Architects LLC*

*180 West Washington Street – 5th Floor*
*Chicago, Illinois 60602-1148*
*Office:      (312) 553-9321*
*Cellular:    (847) 845-3352*
*Facsimile:  (312) 428-7746*
*E-Mail:     YungArch@comcast.net*

May 29, 2012

City of Blue island
13051 South Greenwood Avenue
Blue Island, Illinois 60406

Re:     13811 South Western Avenue
        Blue Island, Illinois

Dear Sir:

I have read the following reports concerning the building for the above-mentioned property by Robert Adams, Building Commissioner, dated May 23, 2012 and by Fire Chief Terry Vrshek, dated May 25, 2012. I concur with the deficiencies mentioned in both of the reports; however, the question arises to the immediate need of a sprinkler system in the residential sleeping quarters.

As you may be fully aware that the building located at 13811 South Western Avenue, is made up of totally non-combustible materials. Generally when a building is made up of such materials the likelihood of this building burning is next to nothing. However, the main concern of the building burning is not the building itself, but the contents of the building which most of the time are made up of combustible material.

The main issue here is why you need a sprinkler system in a non-combustible building. Does it really save lives? The first thing that must be mentioned is the individual sprinkler head is designed to go off at approximately 155 degrees Fahrenheit. The metal piece that triggers the release mechanism of a sprinkler head has that melting point. One important factor that you must realize though, in a sprinkler system when one sprinkler head goes off the other heads in the room or building do not. Each individual head will go off when the metal piece in that head melts when the temperature in that head reaches 155 degrees. Therefore the conception that a sprinkler system will stop a fire is not true unless the fire is localized in a small contained area. By the time a temperature may hit 155 degrees in a sprinkler head, the major cause of deaths in all fires, smoke and the deadly gases that are released when certain flammable materials are burning has already been released in the air. There have been many fires in history that had the building burn down with the sprinkler system in full operation. The old McCormack Place located on Chicago lakefront was a prime example of the sprinkler system in full operation as the building burned.

The key issue to safety in any sleeping environment is the simple smoke detector which can sense the smallest particle of smoke thus setting off the alarm system. Smoke and the deadly gases released from the combustible material can be in a room quicker and stay longer in a room before any sprinkler head could detect a fire. Thus the installation of smoke detectors is more critical to life safety then a sprinkler system because it can detect the dangers of a fire faster than the sprinkler head can.

The one thing that needs to be mentioned that was not mentioned in either of the Blue Island reports is that all smoke detectors in a residential dormitory situation need to be hard-wired to the electrical system with a battery back-up installed in each particular unit.

Another solution that could greatly enhance the safety of the residences would be hire a night watchman, preferably a retired fireman to maintain a visual observation of all the sleeping room during the sleeping hours of the facility.

One other thing that could be considered is the use of emergency escape ladders that are 25 feet long. They would be located on each room giving occupants the opportunity to roll out these escape ladders out the windows and climb down to safety.

It is my opinion that a sprinkler system is required by codes, the immediate installation may be deferred for an indefinite period of time if the facility takes the following actions:

1. Hire a night watchman, preferably retired firemen, to watch over the sleeping quarters during all sleeping hours.
2. Install hard-wired smoke detectors with battery backup outside and inside each sleeping quarter's room.
3. Have one emergency escape ladder in any of the double occupancy rooms and a minimum three emergency escape ladders in rooms with six or more people.

A good sprinkler system will actually deter the rate that a fire may spread throughout a building therefore protect property and materials. However, it is really a good smoke detector system that really saves lives.

If you have any questions or need clarification concerning this project, please contact me at 847-845-3352. Thank you for your time.

Yours truly,

Edward M. Yung
Principal
Illinois License # 001-012762

# EXHIBIT

# "C"

# MOTHER OF SORROWS
## PHASE A - FIRST 18 MONTHS



With the City of Blue Island's permission Affordable would like to hire off duty Blue Island Police Officers and Fireman to secure safety at Fund Raisers, Banquet, Special Events with 300 or more in attendance, while we bring it up to code.

# MOTHER OF SORROWS
## PHASE B - SECOND 18 MONTHS



B – 10
Back of Building. Residency of the remaining 8 Sisters

B – 9
16 Staff Members of Affordable Living Quarters Front of Building

B – 1
1st Floor Classroom and Offices for Training. 2nd Floor Adult Male Housing

B – 2
Commercial Kitchen used for Culinary Training, Catering, Food Service and Events (Public/Private)

B – 3
Banquet Hall used for Fund Raising, Dances and Events. (Public/Private)

B – 4
Gymnasium Sporting Activities and Events

B – 5
Exercise Room, AA Meetings, Recreation Room, Small Events

B – 7
1st and 2nd Floor Offices

B – 6
Church Small Group of 75-100 people at a time

Housing 12,132 SF

Parking

Parking

Housing Program and Classrooms

Garage

Housing Program and Classrooms 60,832 s.f.

Offices

Open Space, Park and Green Area

Gymnasium

Parking

N

HIGHLIGHTED AREA = CODE UPGRADE PHASES

# MOTHER OF SORROWS
## PHASE C – TO BE COMPLETED IN 12 MONTHS



# MOTHER OF SORROWS



# EXHIBIT

# "D"



**BLUE**
**island**
est. 1835

**City of Blue Island**
13051 Greenwood Ave
Blue Island, IL 60406
www.blueisland.org

## COMMUNITY DEVELOPMENT DEPARTMENT - STAFF REPORT

| | |
|---|---|
| **DATE:** | MAY 3, 2012 |
| **PROPOSED PROJECT:** | RESIDENTIAL PLANNED DEVELOPMENT |
| **LOCATION:** | 13811 WESTERN AVENUE |
| **RE:** | PLAN COMMISSION REPORT |

**Applicant:** Affordable Recovery Foundation

**Owner:** Mantellate Sisters of Mary

**Location:** 13811 Western Avenue

**Zoning:** R-1 Single Family Residential

**Current Use:** Convent

**Total Site Area:** 6.7 Acres

**Surrounding Zoning:** I-1 (north); I-2 (east); R-1



### I. *Project Description*

The Mantellate Sisters of Mary and the Affordable Recovery Foundation has proposed a mixed-use, residential planned development to reoccupy the former Mother of Sorrows site at 13811 Western Avenue. Presently zoned R-1, the site has five buildings, several of which are connected, on a 6.7 acre site. One building, located on the northwest corner of the site, is occupied by the Mantellate Sisters Servants of Mary. Other structures are presently occupied by Affordable Counseling clients or are vacant and awaiting repair.

The existing church would remain as a religious facility. The former high school and banquet facilities would serve as classrooms, offices, additional living quarters, a commercial kitchen, and a rental facility. The gymnasium would be used for recreation as well as additional facilities for banquets and events.

Because multiple uses are proposed for a single zoning lot, the proposed project at 13811 Western Avenue must proceed as a Planned Development.

### II. *Approvals Required*

A) Plan Commission (Recommendation to approve Planned Development)

B) Zoning Board (Recommendation to Council to Approve Planned Development)

C) City Council – Final Approval of Planned Development

III. **Planned Development Regulations**

Sections 5.12 and 8.10(8) of the Blue Island Zoning Ordinance of 1971 regulates the design of Planned Developments. Other relevant sections are noted below.

The purpose of the Residential Planned Development procedure is:

> To offer recreational opportunities close to home; to enhance the appearance of The Blue Island Zoning Ordinance of 1971 neighborhoods by the conservation of streams and local spots of natural beauty; to add to the sense of spaciousness through the preservation of natural green spaces; to counteract the effects of urban monotony and congestion in the streets; to encourage cooperative relationships between neighbors and participation by all age groups in the use and care of local open space tracts in new residential subdivisions; to promote harmonious architecture between adjacent dwellings or institutional buildings; and to encourage the placement of structures in proper relationship to the natural characteristics of the site.

The Zoning Board of Appeals and the Planning Commission may recommend and the Council may authorize that there be in part of the area of such development, and for the duration of such development, specified uses not permitted by the use regulations of the district in which said development is located, provided that the Zoning Board of Appeals shall find:

> (1) That the uses permitted by such exception are necessary or desirable and are appropriate with respect to the primary purpose of the development;

> (2) That the uses permitted by such exception are not of such a nature or so located as to exercise a detrimental influence on the surrounding neighborhood; and

> (3) That not more than 25 percent of the ground area or of the gross floor area of such development shall be devoted to the uses permitted by said exception.

A) *Spacing and Orientation of Building Groups – Residential: Section 5.12(3)a*

<u>Standards</u>

1. Walls containing main window exposures or main entrances shall be so oriented as to insure adequate light and air exposure.

2. Such buildings shall be so arranged as to avoid undue exposure to concentrated loading or parking facilities and shall be so oriented as to preserve visual and audible privacy between adjacent buildings.

3. A building wall containing windows and an entrance way shall be located no closer to another building than a distance equal to the height of the taller building of the two, but in no case less than fifty (50) feet.

4. A building wall containing only windows or only an entrance way shall be located no closer to another building than a distance equal to the height of the taller building of the two, but in no case less than twenty-five (25) feet.

5. A building group shall not be so arranged that any temporary or permanently inhabited building is inaccessible to emergency vehicles.

6. The proposed site shall be *properly landscaped*, the purpose of which is to further *enhance the natural qualities of the land*. Where adjacent land use dictates, <u>proper screening and buffer zones may be required</u>. No certificate of occupancy shall be issued for any such building or buildings, unless the same conforms in all respects to such site plan and unless all facilities included in the

site plan have been in accordance therein. Proper landscaping shall be provided along <u>all walks</u> and <u>streets</u>, around <u>recreation areas</u> and along the <u>outer property line</u> of the site.

7. The maximum length of any group of attached structures shall not exceed 150 feet. A building group may not be so arranged as to be inaccessible by emergency vehicles.

*Issues*

There is no proposed new construction; building spacing is not applicable.

A landscape plan has not been submitted. While nearly 43% of the site is open space, with generous setbacks along Western Avenue and mature trees, there is no consistent streetscaping, and the parking areas could benefit from additional screening. Additionally, there is no internal landscaping in the parking area.

## B) Circulation: Section 5.12(3)c

*Standards*

1. There shall be an *adequate*, *safe* and *convenient* arrangement of <u>pedestrian circulation facilities</u>, <u>roadways</u>, <u>driveways</u>, <u>off-street parking</u> and <u>loading spaces</u>.

2. There shall be an adequate amount, in a suitable location of <u>pedestrian walks, malls and landscaped spaces to prevent pedestrian use of vehicular ways and parking spaces</u> and to <u>separate pedestrian walks, malls, and public transportation loading places, from general vehicular circulation facilities</u>.

3. <u>Buildings and vehicular circulation</u> open spaces shall be arranged so that <u>pedestrians</u> moving between buildings are <u>not unnecessarily exposed to vehicular traffic</u>.



*Issues*

Existing parking and loading will be maintained. Parking areas are not striped or separated for pedestrian safety.

A drop off lane is indicated for the Building D, with circulation around interior parking and stacking indicated on the site plan.

## C) Paving & Drainage: Section 5.12(3)d

*Standards*

There shall be *adequate design* of grades, paving, gutters, drainage and treatment of turf to <u>handle storm waters</u>, prevent erosion and formation of dust.

*Issues*

Existing paved areas may need to be improved following the direction of the City's Water Superintendent—there are historic flooding issues north of Building B. The amount of pervious surface (168,574 s.f., or 57% of the site) should not be expanded.

Applicant should be encouraged to adopt stormwater best management practices, as illustrated in the Green River Pattern Book.
http://www.blueisland.org/wp-content/uploads/calumet-river-handbook-20090116-calumet-river-web-opt.pdf

### D) Driveways: Section 5.12(3)e

*Standards*

All driveways and parking areas shall be developed with <u>all-weather hard surfaces</u> and shall contain <u>facilities for night illumination</u>.

*Issues*

Existing lighting is not indicated on the site plan.

### E) Signs and Lighting: Section 5.12(3)f

*Standards*

Signs and lighting devices shall be <u>properly arranged</u> with respect to traffic control devices and adjacent residential districts.

*Issues*

A sign permit has not been submitted.

### F) Bulk Regulations: Section 8.10(8)d

*Standards*

The lot coverage percent for residential planned development would not exceed by more than 20% the maximum lot coverage percent.

That in a residential planned development the *maximum number of dwelling units* permitted shall be determined by dividing the <u>net development area</u> by the <u>minimum lot area</u> per dwelling unit required by the district or districts in which the area is located, and, then, increasing this number by 2%. Net development area shall be determined by subtracting the area set aside for nonresidential uses from the gross development area and deducting 10% of the remainder for streets regardless of the amount of land actually required for streets. The area of land set aside for common open space or recreational use may be included in determining the number of dwelling units permitted.

*Issues*

Lot coverage in R-1 is permitted at 40%. The existing buildings footprint occupies only 25% of the site.

Developable Area is 295,219 s.f. Net Developable Area is calculated minus the former high school (51,010 s.f.), gymnasium (11,959 s.f.) and a 10% deduction for streets (25,922 s.f.). Minimum Lot Area for the R-1 zoning district is 4,312.5 s.f. There are 47 permitted units at the site.

| Maximum Number of Dwelling Units | | | |
|---|---|---|---|
| Developable Area | Net Developable Area | Min. Lot Area | Permitted Units |
| 295,219 s.f. | 170,328 s.f. | 4,312.5 s.f. | 47 units |

The site plan indicates 26 bedrooms in Building C housing 60 persons. Living quarters are noted for Buildings A and D, however the number of bedrooms and persons housed are not indicated.

### G) Common Open Space: Section 8.10(8)e

*Standards*

No plan for a planned development shall be approved unless such plan provides for permanent open space equivalent to 10% of the total area in single-family residential planned developments, <u>20% in multiple-family planned developments</u>, and 5% in business and industrial planned developments.

*Issues*

43% of the site is open space. Provisions for permanent open space have not yet been indicated.

## IV.  *Other Issues*

The original Mother of Sorrows Institute, located at the corner of Western Avenue and 138th
Street, was built in 1928, designed by architect James Burns. Several significant historic
structures remain on the site, and staff
recommends their preservation. The
buildings were included in the Illinois
Historic Structures Survey (1971-75) and
are worthy of local landmark designation.



Burns was a Chicago architect who
designed both residential and institutional
structures throughout the 1920s. He
received several ecclesiastical commissions,
including St. Columbanus Church (309 W.
71st Street, Chicago; 1923), Our Lady of
Guadalupe (3202 E. 91st Street, Chicago;
1929), and St. Gertrude's Church, Convent,
and Rectory (6200-12 N. Glenwood,
Chicago; 1929-30).

MOTHER OF SORROWS INSTITUTE

Designed as a boarding school, Mother of Sorrows is one of Burns most attractive and unique
designs. The blind arched windows, strong belt course, and limestone doorway bear a
Georgian Revival influence. Unique flourishes include the tall, "piano nobile" first floor and
the rounded parapet over the center pavilion, where the three sets of windows suggest a
classical, perhaps Palladian, heritage. Original six-over-six windows have been lost and should
be restored when replacement become necessary.

## V.  *Attachments*

- Development Application
- Affordable Recovery Foundation Program Synopsis
- Site Plan (Dated 3/28/2012)
- Site Aerial
- Site Photos (CCAO)



**BLUE island**

City of Blue Island
13051 Greenwood Ave
Blue Island, IL 60406
www.blueisland.org

Project #_____
(City Use Only)
Date Received:_____
(City Use Only)

## CITY OF BLUE ISLAND
## DEVELOPMENT/CONSTRUCTION PROJECT APPLICATION

Please provide the following information in full. Missing or incorrect information may delay action by the Plan Commission.

### CONTACT & REFERENCE INFORMATION

PROPERTY OWNER: MANTELLATE SISTERS OF MARY OF USA C/O N.Cene BRISCOE

Business Name: AFFORDABLE RECOVERY FOUNDATION — TENANT

Contact Name: JOHN DUNLEAVY          Phone: (   )

Contact Address: 13811 WESTERN AVE  BLUE ISLAND IL.  60406
                  Street              City         State    Zip

Email: _____   Preferred Contact Method:  ☒ Phone  ☒ Email
                                                     (Please Check Applicable Box)

**Property Interest of Applicant:**   ☐ Owner
(Please check applicable item.)        ☒ Lessee
                                       ☐ Legal Representative
                                       ☐ Other: _____

**Property Description:**

    Address  13811 WESTERN AVE  BLUE ISLAND  60406

    PIN 28-01-207-004 & 003

    Size of Parcel  6.78 ACRES ±          (sq ft (sf) or acres)

    Current Zoning Designation  R-1

### PROPERTY USEAGE AND INFRASTRUCTURE NEEDS

1.  **Project Type:**          ☒ Residential      ☒ Mixed-Use      ☐ Mixed-Use
    (Please check appropriate category.)  ☐ Commercial  ☐ Industrial   ☐ Other _____

2.  **Intended use of proposed development:**

    A) RELIGIOUS LIVING QUARTERS AREA
    B) CHURCH & RELIGIOUS OFFICES
    C) BANQUET FACILITY
    D) RECOVERY HOUSING LIVING QUARTERS
    E) JOB TRAINING AREA
    F) CLASS ROOMS
    G) RECREATION AREAS

3. **Ownership:**

   **The proposed development will:** *(Please check applicable item.)*

   ☐ be built/renovated and sold to others

   ☐ be built and leased/managed by your firm

   ☐ have another type of long-term ownership; If so describe:

   _____ N/A _____

4. **End User:**

   **The development will be built:** *(Please check applicable item.)*

   ☐ speculatively for an end user to be identified; If so, please note the types of end users for which it is intended: N/A

   ☑ to suit for a particular end user(s); If so, please identify the customer
   AFFORDABLE RECOVERY FOUNDATION

5. **Describe anticipated Utility Requirements:**

   N/A

6. **Is there any environmental contamination of the property?** ___ Yes - X No

   If yes, what is the nature of the problem? How will it be addressed?

   NOT AWARE OF ANY ENVIRONMENTAL CONCERNS —

7. **What are the anticipated parking requirements of the development? How are these addressed?**

   SEE SITE PLAN ATTACHED

## BUILDING OR SITE IMPROVEMENTS

1. **CONSTRUCTION, RENOVATION OR DEMOLITION**

   a) **Type of Project** *(Please check all applicable items):*

   ☐ New Construction  ☑ Renovation of Existing Building  ☐ Demolition Required

   b) **Building Type** *(Please check all applicable items):*

   ☐ Steel Frame  ☑ Concrete  ☑ Masonry  ☐ Wood Frame

   c) **Size** *(Please fill-in all details):* — SEE SITE PLAN —

   No. of Stories_____ Total Building Area: _____(sf) Area Per Floor: _____(sf)

   d) **Architect of Record:** _____NONE_____

   **Engineers of Record:** _____NONE_____

2. **FAÇADE IMPROVEMENTS**

   **Does project involve any façade improvements?**

   ☑ **NO.** Project does not involve *ANY* façade improvements.

   ☐ **YES.** Project involves façade improvements.

   *IF YES, PLEASE DESCRIBE:* _____

   _____

   _____

   _____

3. **PROPOSED SIGNAGE**

   **All applicants must complete this section.** — DRAWING BEING COMPLETED.

   a) **Type** *(Please check all applicable items):*

   ☑ Freestanding  ☐ Attached to Building  ☑ Directional  ☐ Other:_____

   b) **Illumination** *(Please check applicable item):*

   Illuminated ☑  Non-Illuminated ☐  *[Please note that the City law prohibits neon signs.]*

   c) **Proposed Design Elements** *(Please fill-in all details):*

   Size (Sq. Ft.): _____ Height: _____ Colors: _____

   Materials: _____

## ***REQUIRED ATTACHMENTS***

**All applicants must submit:**

☐ *EIGHT (8) copies of the application and each of the attachments listed below.*

☐ *A CD-ROM including a digital version of your completed application and each of the required attachments.*

1. **Property Description**
   ☐ Survey of property within proposed development site.
   ☐ Map of existing features (streets, alleys, easements, utility lines, existing land use).
   ☐ Photos of site and surrounding properties.
   ☐ Aerial photo indicating location of development within context of City.

2. **Development Plan/Site Design Plan:**
   A site plan detailing the location and setbacks for all proposed uses including:
   ☒ existing and proposed structures;
   ☒ parking and loading areas;
   ☒ storage and refuse collection facilities;
   ☐ existing and proposed utilities and easements;
   ☐ public or common open space (if applicable);
   ☐ existing and proposed fire hydrants (public & private);

3. **Floor Plans:**
   ☐ Interior plans for all of the floors of the proposed building(s) and structures, indicating dimensions.

4. **Exterior Building Elevations:**
   ☐ Detailed Elevations (indicating scale) of all sides of proposed buildings and structures. Elevations must note *exterior materials* and *façade elements*, including color.
   ☐ Colored, architectural renderings of all proposed buildings and structures.
   *\*\*Please note development applications for properties located within the Western Avenue commercial corridor must follow Main Street/Historic District design standards.*

5. **Traffic Circulation & Parking Plan**
   ☐ Traffic impact study, prepared by a registered professional engineer qualified in traffic analysis.
   ☐ Proposed pedestrian and vehicular circulations.
   ☒ Parking lot layout, including landscaping and buffers (may be included as a part of landscape plan).

6. **Landscape Plan:** *SEE ATTACHED SITE PLAN*

   ❏ A landscaping plan indicating the dimensions and setbacks for all planted areas and including the approximate location, common name of species and size and number of all proposed plantings.

   **All commercial developments must provide a landscape buffer and decorative fencing between adjacent properties and public streets.**

7. **Signage Plan:**

   ☑ For freestanding signs, include a scaled site plan that indicates proposed location of sign.

   ❏ For building signs, include an elevation drawing that indicates proposed location of sign on building.

8. **Construction Schedule:** *N/A*

   ❏ An anticipated construction schedule for the proposed project.

9. **Proposed Budget/Financing:** *N/A*

   ❏ Anticipated budget of the proposed project.

   ❏ Market Feasibility Report *N/A*

10. **Professional Qualifications** *N/A*

   ❏ A statement of professional qualifications and related development experience of the applicant and/or applicant's development team.


**A presentation to the Plan Commission will be required in addition to submittal of this application for further clarification of the proposed project.**


*SUBMITTED BY:*

*N. Gene Briscoe*

*N. GENE BRISCOE*

*PROPERTY MANAGER*

*MARCH 26, 2012*



**A**ffordable

**R**ecovery

**F**oundation, NFP

Mother of Sorrows Campus
13811 S. Western
Blue Island, IL 60406
Office:  (708) 389-5447
Fax:      (708) 389-5439

## INTENTIONS
## MOTHER OF SORROWS PROPERTY

Affordables intention and mission, in regards to the use of Mother of Sorrows property is to provide a clean, safe, and a sober living environment for the community and clients we serve. We provide customized job training with job placement opportunities.

The Mother of Sorrows facility is the ideal location for the services we provide. There is plenty of space to provide the job and life skills training, host Events and Activities to help our clients to readjust to society... not only for Affordable Counseling.. But also the Community.

Training:  Our Training Program is unique and necessary in today's economy. The Training consists of Basic Job Readiness and Entry Level Positions. Classroom, Workshop and On-the-Job Training is a 12-week program with multiply trades and services.

The Training is held in various locations of the facilities:

- Library
- Classrooms
- 2nd Floor in front of  Chapel
- 1st Floor High School

Who benefits from this training?

1. Our clients – They receive Recovery Supports Services along with quick training in the carpentry field.

2. Local Business Owners Can request employees on a temporary basis.  For example:

   a. Tim's Tuck pointing needs a laborer during the week to mix mortar for his skilled workers and on the weekend he needs a person to clean all his tools and vehicles.
   b. Affordable will send in a curriculum builder to Tim's shop.  Customize a curriculum for his needs and put in place Policy and Procedures.
   c. Affordable will find and train the best person for the job.
   d. Community will receive a Productive Member of Society and Taxpayer.

3. The Training Center will also be open to the Community for Training and Job Placement Services.

4. The citizens of Blue Island are eligible to utilize our Job Placement Services and the use of our Transportation Service to and from jobs.

# **A**ffordable

# **R**ecovery

# **F**oundation, NFP

Mother of Sorrows Campus
13811 S. Western
Blue Island, IL 60406
Office:  (708) 389-5447
Fax:  (708) 389-5439

Housing:  Our Housing Program accepts Adult Males from the following:

1. Veterans Administration
2. Rehab Centers
3. Detox Centers
4. Hospitals
5. Correctional Facilities specializing in Rehabilitation from Alcohol and Drug.  Drug related charges and non-violent crimes accepted.
6. Alcohol and Drug Rehabilitation Centers

Our clients are mandated to attend Recovery Education, Life Skills, 2 In-House AA Meetings, and 2 Outside AA Meetings per month.

Our clients are assigned chores around the property and required to maintain their bedrooms by making the bed every day and free from clutter.

Our clients are required to enroll in the Training Program and other Recovery Support Services. Case Management, Employment and Recovery Coaching are other services provided to our clients.

There is multiple living quarters' through-out the property.

Building A:    The front separate building on the Northwest Corner of the Property.

Section 1:    There are 5 Affordable Staff Members currently living there.
Section 2:    Where the Nuns reside.



**A**ffordable

**R**ecovery

**F**oundation, NFP

Mother of Sorrows Campus
13811 S. Western
Blue Island, IL 60406
Office:   (708) 389-5447
Fax:      (708) 389-5439

Building B:    Classrooms, Library, Offices and Chapel.  Behind the Chapel there are 2
apartments.  The apartment directly behind the altar this is where Warren Blazina
lives he is the Vice President and Co-Founder of Affordable.  The ground level
apartment is unoccupied – needs rehab.  In the basement of this section we have
more classrooms and a movie theater.

Building C:    The Covent has 3 stories and/or floors.  The 2nd and 3rd floors house 40 men (2
men in each room).  The 1st floor is the home of John and Mary Jo Dunleavy,
Owners of Affordable and sit on The Board of Directors.  John is the President
and Mary Jo is the Secretary.

Building D:    Section 3A: The 2nd Floor of the High School.  There are 4 offices that are
converted into 1 man bedrooms located all on the west end of the hall.  These
rooms are occupied by Affordable Staff and Security Members.  There are 8 large
classrooms, 7 of these rooms can hold 10 men barracks style beds.  The largest
room is divided into 2 TV/Common Rooms.  These 2 rooms are located on the
Southeast corner of the 2nd floor of High School.

Section 3B: The 1st Floor of the High School.  This floor is our Main Office,
Recovery Office, Intake Office and File Room.  These offices are located at the
West End of the Hallway.  The remaining classrooms are the workshops and
hands on training.

Section 3C: The Commercial Kitchen and Banquet Hall are both located in the
back of the building D, which is attached to the High School.

- Kitchen:  Will be used for daily food preparation for our residents.
  Training for food services and culinary will be provided in this area.
- Banquet Hall:  Will be leased to D'Masti Catering Co., as needed.
  Preparation of food for events held in the hall or on the grounds will be
  overseen by D'Masti Catering Co.
- Banquet Hall:  Will be used by Affordable for the clients dining area
  seven (7) days/week 3:00am – 10:00pm, unless an event is scheduled)

Prior to scheduling these events – The City, Nuns, and the property manager, Mr. Gene Briscoe will be
notified in writing and phone for permission prior to scheduling... A monthly calendar will be prepared
and available to those that request it.

**A**ffordable

**R**ecovery

**F**oundation, NFP

Mother of Sorrows Campus
13811 S. Western
Blue Island, IL 60406
Office:    (708) 389-5447
Fax:       (708) 389-5439

All events that will include liquor will be overseen and controlled by the D'Masti Catering Company.

For example...

- Weddings
- Anniversaries
- Private Parties
- Fund Raisers
- Quinceañeras

Events that will not include liquor will be overseen by Affordable Counseling ...

For example:

- o Sober dances (one per month)
- o Affordable Recovery Foundation Fund Raisers (3 per year)
- o Affordable Vocational Training Graduations (4 per year)
- o Miscellaneous parties such as anniversaries & birthdays, and for client/family members, funeral lunches, etc...

**Building D:**    Section 3D – South Wing is connected to Gymnasium with male and female locker rooms w/showers and 2 classrooms.  Currently the showers are utilized by the 2nd floor High School residents.

One of the classrooms will host the "multiple 12 Step-to sober program meetings, which will be open to the local recovery community.   We will be adding additional meetings, as needed to accommodate the local recovery community.  The times scheduled are ... Monday-Sunday 6am – 12:00pm. ..Currently there is (1) one Monday Night Meeting from 7:00pm – 8:00pm.

The Second classroom is use as a common TV viewing room.

**Garage:**    A (4) four car garage that is located behind the chapel.  We store tools in this building.

**A**ffordable

**R**ecovery

**F**oundation, NFP

Mother of Sorrows Campus
13811 S. Western
Blue Island, IL 60406
Office:    (708) 389-5447
Fax:      (708) 389-5439

Affordable has been living in Mother of Sorrows for (9) nine months. Permission to move in was given by City of Blue Island building commissioner, David Minderman. A schedule of repairs and upgrades was given to the City of Blue Island prior to occupying the property. This schedule included some approximate time frames to complete the needed repairs and up grades. The original schedule was to complete the upgrades completed within (5) five years. Our Vocational Training Program is up and running and has proved to be successful. The following upgrades have been completed…..

1. New Fire Alarm System in Buildings B, C, D and E..

2. Under construction are the stairway enclosures in Building D. This work is being performed as part of our carpentry training classes.. This will be completed by the end of March 2012.

3. The next step will be to add the fire rated doors with the panic hardware to the stairway enclosures… This should be accomplished by the end of March 2012.

4. Continue to repair and upgrade areas on the property as time and funds are available.

**Future considerations for the property……**

1. It is the desire of the property owners… The Mother of Sorrows that we lease out the chapel area of building B to another church organization. This may include some of the former class rooms in front of the chapel area. The reason is to help reduce the expenses for the continued maintenance and operation of this very large property.

2. It is the desire of the property owners… The Mother of Sorrows, that we enter into an agreement with D'Masti Catering Company, to oversee the operation of the banquet hall area. This will again, help with the operational expenses of this property. This will also, provide some job training for Affordable Counseling clients and it fits well as it will provide the "on the job training" needed by the clients prior to being hired

# Affordable

# Recovery

# Foundation, NFP

Mother of Sorrows Campus
13811 S. Western
Blue Island, IL 60406
Office:   (708) 389-5447
Fax:       (708) 389-5439

by other employers. It will also reestablish a local place for the community to hold local events ....as has been the case for over 20 years with the former banquet hall operator.

3. The ability to continue the current living situation for the remaining nuns. This has been there "home" since they came to this country. It is there wish for the remaining few to live here as long as they can afford to stay.

4. The continued growth of Affordable Counseling, will aid us in being able to provide the living quarters of the nuns, as well, it will help us to maintain and improve the property per the City's request.

5. The Mother of Sorrows has always provided their service to the community and to there faith without question or monetary reward... The ability to help those individuals that have fallen to the vices of alcohol and drugs is just another mission that we all should aid in. With the proper guidance and training, we feel that we can help these individuals return to being a productive member of society and to there families... We feel that we are offering 'A hand up....NOT a hand out".

Finally, we appreciate the City of Blue Island staff, Mayor and Alderman for all the past help and guidance given to The Mother of Sorrows. And the Affordable Recovery Counseling We look forward a continued relationship and respectfully asks for your consideration on our requests as outlined in this proposal.

_____                    _____
Mother of Sorrows                                       Affordable Recovery Foundation

**A**ffordable

**R**ecovery

**H**ousing, NFP

15825 S. Paulina
Harvey, IL 60426
Central Intake: (708) 299-0758
Fax:            (708) 389-5439
Email: mjdunleavy@affordablerecovery.org

Affordable Recovery Housing has (1) Licensed Facilities located at:

15825 South Paulina
Harvey, Illinois 60426
The Illinois Department of Human Services
Division of Alcoholism and Substance Abuse (D.A.S.A.)

www.affordablerecovery.org

Admission to our program(s) is through an interview process via in person or on the phone. All calls are welcome regardless of employment status and income. Affordable Recovery Housing (ARH) offers two programs during the interview process a determination will be made as to what program suits the client needs in order to provide the best service possible.

1.  **PROGRAM #1 –    Recovery Home    3 – 6 Month Program**
    **Vocational / Workshop / On-The-Job Training**

    **Requirements:** A desire to remain abstinent from alcohol & drugs. Client MUST comply with all rules and regulations. This program is designed to help the client that is struggling in his recovery. Our Support Staff has experiential knowledge to help the client build a strong "recovery" and "work" foundation.

    - In House 12-Step Meetings
    - Recovery Education Group
    - Life Skills Group
    - Support Staff
    - Support Services (Linkage Agreements)
    - 2 Man Bedrooms – Linens Provided
    - Free Home Phone (Local and Long Distance)
    - Cable TV
    - Utilities
    - Cleaning Supplies (Household)
    - Hygiene Supplies / Referral for Clothing
    - Transportation to Appointments
    - Free Laundry Facility and Supplies
    - Sober Events
    - Open Food Pantry
    - 3 Meals a Day
    - Sober Events

**A**ffordable

**R**ecovery

**H**ousing, NFP

15825 S. Paulina
Harvey, IL 60426
Central Intake: (708) 299-0758
Fax:          (708) 389-5439
Email:  mjdunleavy@affordablerecovery.org

## Vocational Training Center and Housing
## 13811 South Western
## Blue Island, IL

This facility located in Blue Island is the old Mother of Sorrows Catholic High School.  It sits on 6.7 acres of land with 120,000 square feet of classrooms and housing.

Clients are in a 2 man dorm style room with access to a weight room, pool table room, and a full size gymnasium.   Each floor has a small kitchen area with a microware to heat up food.

Our cafeteria is opened for breakfast and dinner with a 5 star chef preparing daily meals.

Support Services include:

- Linkage Agreements for Medical and Dental
- Case Management
- Recovery Education (group and one-on-one)
- Life Skills Group
- Employment Coaching
- Peer Lead Groups
- Outside Activities
- Transportation to Appts.
- Fellowship
- 12 Step Meetings
- Early morning exercise
- All the amenities mentioned in the above program
- Smoking Area

*Our Mission* is to impact lives in ways that will restore hope to the people and bring lasting change to the community.  Affordable Recovery Housing empowers people to rise above their circumstances, get involved and take initiative in their own healing process.

*Our Vision* is to help individuals reach their full potential by the power and Grace of God and the resident's active role in recovery with guidance, discipline and direction.

# **A**ffordable

# **R**ecovery

# **H**ousing, NFP

15825 S. Paulina
Harvey, IL 60426
Central Intake: (708) 299-0758
Fax:          (708) 389-5439
Email: mjdunleavy@affordablerecovery.org



**AFFORDABLE RECOVERY FOUNDATION, NFP
OFFICE AND INTAKE**

**A**ffordable

**R**ecovery

**H**ousing, NFP

15825 S. Paulina
Harvey, IL 60426
Central Intake: (708) 299-0758
Fax:            (708) 389-5439
Email: mjdunleavy@affordablerecovery.org



CHAPEL            CLASSROOM            HOUSING
AFFORDABLE RECOVERY FOUNDATION, NFP

**A**ffordable

**R**ecovery

**H**ousing, NFP

15825 S. Paulina
Harvey, IL 60426
Central Intake: (708) 299-0758
Fax:      (708) 389-5439
Email: mldunleavy@affordablerecovery.org



AFFORDABLE RECOVERY FOUNDATION. NFP

**A**ffordable

**R**ecovery

**H**ousing, NFP

15825 S. Paulina
Harvey, IL 60426
Central Intake: (708) 299-0758
Fax:          (708) 389-5439
Email: mjdunleavy@affordablerecovery.org

# VOCATIONAL TRAINING

### *HISTORY OF VOCATIONAL TRAINING*

Eight (8) years ago Affordable combined a Recovery Home and Construction Company. The training aspect of the company grew from that point.

We noticed about 60% of our clients were unskilled in construction. By implementing job training we were given the opportunity to see firsthand what our clients excelled in within the carpentry industry. Once pinpointing those qualities we encouraged our clients to focus and gear themselves towards that trade/skill.

We developed techniques that help our clients to think on their feet in order to become good laborers and employable. We believe they learn more with the on-the-job training than any classroom or workshop can offer.

### *STATEMENT*

Affordable believes that in today's economy the people we train do not have the time and patience to go through long single job skill training. Single job skills are important, they can learn these skills while working or after work hours while they earned a paycheck.

We believe giving them the opportunity to experience different skills provides them with a wide variety of industries to choose and apply to. Finding the job they truly love is the goal, this can become their career.

Affordable looks at those abandon, foreclosed and board-up homes not as eye sores but as job training opportunities. Each home can provide over 10 jobs for a month. Rehabbing 12 of these homes per month will provide over 100 jobs. And so on.

Learning multiple skills is important in today's market. If there are no jobs in painting, there might be in roofing, siding, tile, etc.

**A**ffordable

**R**ecovery

**H**ousing, NFP

15825 S. Paulina
Harvey, IL 60426
Central Intake: (708) 299-0758
Fax:           (708) 389-5439
Email: mldunleavy@affordablerecovery.org

# VOCATIONAL TRAINING
## (Curriculums)

### CURRENT CIRRICULUMS: Job Entry Level Training

| | |
|---|---|
| • Carpentry | • Concrete, Patio Block & Tuck Pointing |
| • Plumbing | • Auto Maintenance |
| • Shipping/Receiving | • Auto Detailing |
| • Small Engine Repair & Maintenance | |

### NEAR FUTURE CIRRICULUMS: Job Entry Level Training

| | |
|---|---|
| • Culinary and Catering | • Small Business Start-up |
| • Restaurant Management and Servers | • Bob Cat Training |
| • Retail Sales and Services | • Scissor and All Terrain Boom Lift Training |
| • Deconstruction and Demolition | • Stand up and Sit down Fork Lift Driving |
| • Lumber Recycling – Milling | • Health & Fitness Training |
| • Board up and Winterizations (Property Preservation) | • Tree Removal & Trimming |
| • Mold Remediation and Water Proofing | • Auto Body |
| • Lawn Maintenance | • Computer (Level 1 & 2) |
| • Landscape Design | • Welding |

### OTHER SERVICES CURRENTLY BEING PROVIDED

| | |
|---|---|
| • Recovery Housing | • Employment Coaching |
| • Transitional Housing | • Spiritual Coaching |
| • Recovery Education | • Peer Coaching |
| • Life Skills | • Self-help Meetings |
| • Peer-led Groups | • Case Management |

**ALL CURRICULUMS INCLUDE THEIR OWN SAFETY TRAINING**

SITE PLAN