# EXHIBIT 4-2



## Property address: 13811 Western Avenue

Zoning District: R-1
Applicant: Affordable Recovery Foundation
Nature of request: Residential Planned Development





BICDD; 5/2/2012

Mother of Sorrows
13811 Western Avenue



29061080030000  11/16/2007



29061080030000  11/16/2007

# EXHIBIT

# "E"

AFFORDA... ?CATIONAL TRAINING
Access to Recovery Program

AFFORDABLE VOCATIONAL TRAINING STATISTICS

| TOTAL ENROLLED | CURRENT STUDENTS | UNSUCCESSFUL | EMPLOYED | SUCCESSFUL |
|---|---|---|---|---|
| 98 | 12 | 10 | 52 | 76 |

## AFFORDABLE VOCATIONAL TRAINING

98 Enrollees since 9/2011

- COMPLETED PROGRAM 31.58%
- COMPLETED PROGRAM AND EMPLOYED 68.42%
- SUCCESSFUL 77.55%
- UNSUCCESSFUL 10.2%
- CURRENT STUDENTS 12.24%

The above numbers reflect Affordable Vocational Training Program September 2011 through April 2012

# EXHIBIT

# "F"

| EMPLOYED THROUGH AFFORDABLE SERVICES | | | | |
|---|---|---|---|---|
| City | Zip Code | 2011 | 2012 | TOTAL |
| East Chicago | 60312 | 2 | 0 | 2 |
| Blue Island | 60406 | 35 | 45 | 80 |
| Calument City | 60409 | 0 | 5 | 5 |
| Chicago Heights | 60411 | 0 | 6 | 6 |
| Lynwood | 60411 | 13 | 2 | 15 |
| Sauk Village | 60411 | 2 | 2 | 4 |
| Dolton | 60419 | 18 | 3 | 21 |
| Glenwood | 60425 | 0 | 2 | 2 |
| Dolton | 60426 | 4 | 7 | 11 |
| Markham | 60426 | 10 | 7 | 17 |
| Harvey | 60427 | 6 | 4 | 10 |
| Markham | 60428 | 7 | 21 | 28 |
| Hazel Crest | 60429 | 7 | 6 | 13 |
| Markham | 60429 | 4 | 3 | 7 |
| Matteson | 60443 | 8 | 3 | 11 |
| Crestwood | 60445 | 3 | 18 | 21 |
| Oak Forest | 60452 | 3 | 0 | 3 |
| Olympia Fields | 60461 | 8 | 5 | 13 |
| Robbins | 60472 | 0 | 1 | 1 |
| South Holland | 60473 | 3 | 0 | 3 |
| Worth | 60482 | 10 | 3 | 13 |
| Chicago | 60608 | 2 | 0 | 2 |
| Chicago | 60609 | 1 | 1 | 2 |
| Chicago | 60612 | 8 | 1 | 9 |
| Chicago | 60615 | 33 | 36 | 69 |
| Chicago | 60619 | 2 | 0 | 2 |
| Chicago | 60620 | 2 | 1 | 3 |
| Chicago | 60628 | 4 | 0 | 4 |
| Chicago | 60629 | 9 | 3 | 12 |
| Burnham | 60633 | 10 | 11 | 21 |
| Chicago | 60636 | 33 | 36 | 69 |
| Chicago | 60637 | 3 | 5 | 8 |
| Chicago | 60643 | 3 | 0 | 3 |
| Chicago | 60644 | 4 | 2 | 6 |
| Chicago | 60649 | 1 | 0 | 1 |
| Chicago | 60651 | 0 | 1 | 1 |
| Chicago | 60653 | 3 | 6 | 9 |
| Chicago | 60655 | 0 | 2 | 2 |
| Alsip | 60803 | 8 | 3 | 11 |
| Calumet Park | 60827 | 3 | 2 | 5 |
| TOTAL EMPLOYED | | 272 | 253 | 525 |

# EXHIBIT

# "G"

# MI Investments | 2012



May 7, 2012

Donald E. Peloquin
Mayor
13051 Greenwood Avenue
Blue Island, IL 60406-2391

I am writing in support of Affordable Recovery Housing expanding their Housing and Training program in Blue Island, Illinois.

MI Investments is an Investment Company based out Las Vegas, NV. MI Investments has been mainly focused on Commercial Real Estate Development through the last 10 years. Last year our operation MI Residential was created and we are very active in the rehabilitating of residential homes for rent or resale. In addition our non-profit group Residence for Patriots was formed to help Military Families and Veterans housing with discounts. We have expanded our purchases to the Midwest area (Illinois, Wisconsin, Indiana, Michigan and Ohio).

Affordable Recovery Housing is our Primary General Contractor for these areas. The men and women graduating from their Training Program are their future employees. Upcoming jobs with MI Residential and Residence for Patriots can produce thousands of new jobs in the Midwest within the next two years.

We are proud to be a part of this group and helping the men and women with substance abuse issues. Please feel free to check out our website which mentions Affordable and their mission.

Sincerely,

Carl Giese
Chief Operating Officer
Residence for Patriots Foundation - *Giving back where credit is due!*
6325 S. Jones Blvd. Suite 450
Las Vegas, NV 89118
Office: 702.221.5637 | Cell: 760.415.4810
email: cgiese@residenceforpatriots.org
www.residenceforpatriots.org

---

1 | 6325 S. Jones Blvd, Suite 450, Las Vegas, NV 89118 O: 702-221-5637

| HOME | AFFILIATE/NON-PROFIT | BROCHURE |
| ANNOUNCEMENTS/EVENTS | TESTIMONIALS | CONTACT US |

# Carl Giese
# Chief Operating Officer
## cgiese@residenceforpatriots.org



Carl Giese is currently the Managing Director of Bulk Acquisitions for MI Residential. He is in charge with the acquisitions and management of bulk residential nationally. His ability to purchase directly from government entities, such as FNMA, Freddie Mac, HUD and private institutions is unmatched in the industry. Carl is expected to purchase in 2011/2012 over $100M in assets.

Prior to MI Investments, Carl spent three years at Coseo Properties, Inc. (2008 to 2011) as Vice President, Acquisitions where he acquired more than 1,800 homes in 2010 and on track for acquiring 2,000 homes in 2011 through implementing a fresh new outlook, combined with an invaluable list of contacts and depth of understanding of all aspects of real estate and REO.

He remains the out front leader in creating alternative methods to acquiring assets, as a result has become one of the first for-profit companies to ever participate in Fannie Mae's First Look Program. In addition, he established strong, loyal connections and contacts with all aspects of this industry including Fannie Mae, Freddie Mac, FDIC, GMAC, Citibank, Bank of America, Chase and Saxon. Finally, Carl developed strong bonds with other community groups to launch alternative methods and acquire otherwise out-of-reach assets. Prior to Coseo, Carl was self-employed from 1990 to 2008, where he owned two successful mortgage companys. Through innovative and creative efforts generated over $500 million in business, resulting in the creation of jobs for over 50 people while providing a way for numerous clients to purchase homes. He started his career as a account representative in 1987 with California Federal Savings & Loan where he produced over $38 million in business as top second year agent while serving California

Carl possesses in-depth knowledge of all aspects in the REO industry, with special skill and knowledge in the area of nationwide community stabilization. He commands an endless depth of knowledge in all aspects of the entire REO and mortgage industry, it's peripheral supporting entities and the skill to utilize it to see the best solution to every challenge.